FILED
SUPERIOR COURT
OF GUAM

2021 FEB 10 PM 2:08

CLERK OF COURT

By:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| PEOPLE OF GUAM,<br><br>v.<br><br>TIMO DANIEL PALIK,<br>DOB: 05/10/2004<br><br>Defendant. | Criminal Case No. CF0273-20<br>GPD Report No. 20-12963 / 12974 / 12975<br><br>DECISION AND ORDER<br>FINDING DEFENDANT COMPETENT<br>TO STAND TRIAL |

### INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III on January 29, 2021 for a Competency Hearing. Assistant Attorney General Sean Brown represents the People, and Alternate Public Defender Annie Gayle represents Timo Daniel Palik ("Defendant"). Having duly considered the Defendant's Forensic Evaluation, Dr. Rapadas' testimony, the parties' oral arguments, and the applicable law, the Court now issues the following Decision and Order and **Finds the Defendant Competent to Stand Trial.**

### BACKGROUND

On May 19, 2020, Defendant was arrested by the Guam Police Department and charged with *3 Counts* of Burglary to a Motor Vehicle (as a 2nd Degree Felony), *3 Counts* of Theft (as a 3rd Degree Felony), and *3 Counts* of Criminal Trespass to a Motor Vehicle (as a Misdemeanor). (Indictment, Aug. 10, 2020).

On November 20, 2020, Defendant pled not guilty pursuant to 9 G.C.A. § 7.37, claiming to be "incompetent to be proceeded against" in a criminal action due to mental disability. (Entry of Plea, Nov. 20, 2020). The court subsequently issued an Order for Forensic Evaluation with the court's Client Services and Family Counseling Division. (Order for Forensic Evaluation, Nov. 20,

Decision and Order Finding Defendant Competent to Stand Trial
CF0273-20, *People of Guam v. Timo Palik*
Page 1 of 3

2020). Defendant underwent the forensic evaluation on December 23, 2020 with Dr. Juan Rapadas. (Forensic Evaluation, Dec. 23, 2020).

The Court held a hearing on January 29, 2021 to determine Defendant's competency to stand trial.

## DISCUSSION

"A defendant is incompetent to be proceeded against in a criminal action if, as a result of mental illness... he is unable (1) to understand the nature of the proceedings, (2) to assist and cooperate with counsel, (3) to follow the evidence, or (4) to participate in his defense." (9 G.C.A. § 7.37(a)(1)-(4)).

During his evaluation, Defendant appeared to be mentally sound. Defendant was able to understand and give his informed consent prior to the start of the interview, and showed strong nonverbal intellectual skills. (Forensic Evaluation, Dec. 23, 2020). Defendant exemplified a "normal" speech flow, and displayed "fair and never scattered" thought organization. Id. Defendant's memory also "appeared to be good for his basic life facts and recent happenings." Id.

During a previous forensic evaluation, Defendant was given the TONI-4 test of nonverbal intelligence. Id. Defendant scored in the 27th percentile, "which is good and in the average range." Id. Defendant also admitted he falsified reports of hearing voices to his psychiatrist, thinking it would get him an early release from DYA. Id.

Defendant's understanding of the criminal proceedings also seemed fair. Defendant remembered his lawyer's name, and understood that the forensic evaluation was directly related to his criminal charges. Id. However, Defendant "does count on his mother to take care of his official and legal affairs." Id.

Taking all data in total, Defendant is currently competent to be proceeded against and to be sentenced. As Dr. Rapadas laid out in his report, Defendant "did know the general legal roles of his attorney... He knew what his charges were, that he was charged as an adult, and he was able to

Decision and Order Finding Defendant Competent to Stand Trial
CF0273-20, *People of Guam v. Timo Palik*
Page 2 of 3

narrate his involvement." Id. Defendant also understood "the ramifications and consequences of his actions." Id. This understanding, combined with average non-verbal IQ testing results, indicate that Defendant is competent to be proceeded against.

**CONCLUSION**

For the reasons stated above, the Court finds the Defendant competent to stand trial. The case will not be dismissed and criminal proceedings may continue.


**IT IS SO ORDERED** this ‾‾FEB.10,2021‾‾ *nunc pro tunc* to January 29, 2021.

————————————————————
**HONORABLE ALBERTO C. LAMORENA, III**
**Presiding Judge, Superior Court of Guam**

**SERVICE VIA E-MAIL**
I acknowledge that an electronic copy of the original was e-mailed to:
AG, Prosecution,
APD
Date: 2/10/21 Time: 2:13pm
Antonio _____ Cruz
Deputy Clerk, Superior Court of Guam

Decision and Order Finding Defendant Competent to Stand Trial
CF0273-20, *People of Guam v. Timo Palik*
Page 3 of 3